1  JOSEPH SCHLESINGER, #87692
   Acting Federal Defender
2  ANN H. MCGLENON, Bar #100433
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  ROBERT AVILA NUNEZ

7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,        )   No. 1:12-cr-0408 AWI-BAM
                                     )
14           *Plaintiff,*            )   STIPULATION TO CONTINUE STATUS
                                     )   CONFERENCE; ORDER THEREON
15      v.                           )
                                     )
16  ROBERT AVILA NUNEZ,              )
                                     )   Date:  February 25, 2013
17           *Defendant.*            )   Time:  1:00 p.m.
                                     )   Judge: Hon. Barbara A. McAuliffe
18  _____ )

19

20      **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

21  counsel that the status conference in the above-captioned matter now set for January 28, 2013, **may be**

22  **continued to February 25, 2013 at 1:00 p.m.**

23      This continuance is at the request of counsel for defendant who is out of town on January 28, 2013,

24  for negotiation and investigation between the parties.  Discovery has been provided and the parties have

25  engaged in preliminary negotiations however negotiations will not be completed prior to January 28, 2013.

26  This continuance will conserve time and resources for both parties and the court.

27  ///

28  ///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2    justice, including but not limited to, the need for the period of time set forth herein for effective defense

3    preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii), (iv).

4

5                                                    BENJAMIN B. WAGNER
                                                     United States Attorney
6

7    DATED:  January 22, 2013                By:    _/s/ Laurel J.    Montoya_____
                                                     LAUREL J. MONTOYA
8                                                    Assistant United States Attorney
                                                     Attorney for Plaintiff
9

10                                                   JOSEPH SCHLESINGER
                                                     Acting Federal Defender
11

12   DATED:  January 22, 2013                By:    _/s/ Ann H. McGlenon_____
                                                     ANN H. MCGLENON
13                                                   Assistant Federal Defender
                                                     Attorney for Defendant
14                                                   ROBERT AVILA NUNEZ

15

16

17

18

19                                    **O R D E R**

20   **IT IS SO ORDERED.**  Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii), (iv).
         IT IS SO ORDERED.
21
     **Dated:    January 22, 2013**          **/s/ Barbara A. McAuliffe**_____
22                                            UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

                                              2