1 | BENJAMIN B. WAGNER
United States Attorney
2 | LAUREL J. MONTOYA
Assistant U.S. Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, California 93721
4 | Telephone: (559) 497-4000

5

6

7

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      ) 1:12-CR-00408-AWI-BAM
                                )
12               Plaintiff,      ) PRELIMINARY ORDER OF
                                ) FORFEITURE
13 v.                            )
                                )
14 ROBERT AVILA NUNEZ,           )
                                )
15               Defendant.      )
                                )
16 _____)

17      Based upon the plea agreement entered into between United States

18 of America and defendant Robert Avila Nunez, it is hereby

19 ORDERED, ADJUDGED AND DECREED as follows:

20      1.   Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c),

21 defendant Robert Avila Nunez' interest in the following property shall

22 be condemned and forfeited to the United States of America, to be

23 disposed of according to law:

24           a. A Harrington & Richardson, Model Topper Jr. 490, 410
               caliber weapon made from a shotgun;
25
             b. All ammunition seized in this case.
26

27      2.   The above-listed asset constitutes property involved in the

28 commission of or used in a knowing violation of 18 U.S.C. §

922(g)(1).

3.　Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Marshals Service and/or the Bureau of Alcohol, Tobacco, Firearms and Explosives in its secure custody and control.

4.　a. Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5.　If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of

///

///

///

Forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), in which all interests will be addressed.

IT IS SO ORDERED.

Dated:   July 8, 2013   

_____
SENIOR  DISTRICT  JUDGE